# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| COURTNEY ANNE NEWTON, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | NO.   MO:23-CV-00019 |
| § | |
| UNITED STATES DEPARTMENT OF § | |
| STATE, ET AL., § | |
|     *Defendants*. § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 21) filed April 25, 2023. In its notice, Plaintiff indicates she is voluntarily dismissing her claims against the Defendants with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id*.). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendants have not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

The Court therefore **ORDERS** the Clerk of Court **CLOSE** this action.

It is so **ORDERED**.

SIGNED this 26th day of April, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE